JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARCUS R. ELLINGTON, SR., | Case No. CV 20-10392-CBM (KK) |
| Petitioner, | |
| v. | JUDGMENT |
| STATE OF CALIFORNIA, | |
| Respondent. | |

Pursuant to the Order Summarily Dismissing Action Without Prejudice,

IT IS HEREBY ADJUDGED that this action is DISMISSED without prejudice.

Dated: JANUARY 21, 2021

HONORABLE CONSUELO B. MARSHALL
United States District Judge