UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARCUS R. ELLINGTON, SR., | Case No. CV 20-10392-CBM (KK) |
| Petitioner, | |
| v. | JUDGMENT [JS-6] |
| STATE OF CALIFORNIA, | |
| Respondent. | |

Pursuant to the Order Accepting Findings and Recommendation of United States Magistrate Judge,

IT IS HEREBY ADJUDGED that the Petition is DENIED and this action is DISMISSED with prejudice.

Dated: MAY 24, 2022

HON. CONSUELO B. MARSHALL
Senior United States District Judge